# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DIANA M. NELSON<br>5015 Summerset Drive<br>Tipp City, Ohio 45371,<br><br>    Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA<br>Attention: Corporate Legal Counsel<br>751 Broad Street<br>Newark, New Jersey 07102,<br><br>    Defendant. | Case No. 3:19 cv 00075-WHR<br><br>Judge: Walter H. Rice |

## ORDER

THIS CAUSE coming to be heard on Defendant Prudential's Unopposed Motion to File Administrative Record Under Seal, and the Court being fully advised in the premises and for good cause shown, IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

SIGNED this 1st day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE